FILED: January 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1312
(1:23-cv-00045-SAG)

_____

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; TERRY NELSON, in his official capacity as a fiduciary

      Plaintiffs - Appellees

v.

FLORIDA GLASS OF TAMPA BAY, INC., a dissolved corporation; AMERICAN PRODUCTS, INC.; AMERICAN PRODUCTS PRODUCTION COMPANY OF PINELLAS COUNTY, INC.; API COMMERCIAL INSTALLATION, INC., a dissolved corporation; API COMMERCIAL ARCHITECTURAL PRODUCTS, INC., a dissolved corporation; CHARLES & THOMAS PROPERTIES, LLC; MURACO & MULLAN PROPERTIES, INC.; CERACLAD SOUTH, LLC, a dissolved limited liability company; JCM PROPERTIES, LLC; FENWALL, LLC; SPECIALTY METALS INSTALLATION, LLC, a dissolved limited liability company

      Defendants - Appellants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK